IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,            )
                             )
v.                           )   4:18CR262
                             )
HOSEA SCOTT,                 )
                             )
        Defendant.            )

## MINUTE ORDER

The above cause having come before the Court on the 21st day of February, 2019, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's Motions to Suppress (docs. 15, 16, and 36) are TAKEN UNDER ADVISEMENT.

All other pretrial motions are DISMISSED as MOOT.

**SO ORDERED** this 21st day of February, 2019.

**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**