## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HOSEA SCOTT,

    Defendant.

CIVIL ACTION NO.: 4:18-cr-262

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's February 22, 2019 Report and Recommendation, (doc. 42), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DENIES** Defendant's initial suppression motions, (docs. 15 and 16), and **DENIES WITHOUT PREJUDICE** defendant's motion to suppress a report on DNA evidence recovered from a firearm, (doc. 36).

**SO ORDERED**, this 18th day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA