**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

    v.                                CASE NO.: 4:18-cr-262

HOSEA SCOTT,

        Defendant.

## O R D E R

This matter is before the Court on Defendant's Motion to Subpoena Witnesses. (Doc. 66.) After careful consideration, the Court **GRANTS** Defendant's Motion. The Clerk is **DIRECTED** to issue a Subpoena to each of the persons named in Defendant's Motion.

At the hearing on today's date the Defendant's counsel requested the assistance of the United States Marshal Service in serving one of the subpoenas. Defendant was appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. As the Defendant is indigent and therefore unable to pay costs associated with the issuance of the subpoena, the Court **ORDERS** the United States Marshal Service to serve the subpoena and pay the related witness fee and travel expense.

**SO ORDERED**, this 17th day of June, 2019.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA